**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1)   WILEY DON RIDENOUR,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**(1)   METLIFE INVESTORS USA INSURANCE COMPANY and**<br><br>**(2)   METLIFE INSURANCE COMPANY USA,**<br><br>            **Defendant.** | Case No. CIV-15-734-F |

## **ORDER**

As the parties have filed a stipulation to dismiss with prejudice [Doc No. 18], IT IS THEREFORE ORDERED by the Court that Plaintiff's action is hereby dismissed with prejudice.

IT IS SO ORDERED this 21st day of June, 2016.

*/s/ Stephen P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0734p005.PO.wpd